**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **TERRELL ELAINE SANDERS,** | |
| **Plaintiff,** | |
| **v.** | **Case No. CIV-19-241-JFH-SPS** |
| **ANDREW M. SAUL,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,** | |
| **Defendant.** | |

## <u>ORDER</u>

Before the Court is the Report and Recommendation [Dkt. No. 17] of United States Magistrate Judge Steven P. Shreder reviewing the decision of the Commissioner of the Social Security Administration to deny disability to Terrell Elaine Sanders. The Magistrate Judge recommends the Commissioner's denial of benefits be reversed and the case remanded for further proceedings.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, the decision of the Commission is REVERSED and the case REMANDED for further administrative proceedings as set forth in the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED this 24th day of March, 2021.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE